# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DUSTIN J. RUPPLE

NO. 2025 KW 1044

**JANUARY 9, 2026**

---

In Re:     Dustin J. Rupple, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           3201-F-2024.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion to suppress by or before January 12, 2026, if it has not already done so.

SMM
BDE
WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT